IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

**RECARDO ALPHANSO HAMILTON,** :

    **Petitioner,** :

**v.** :

    **CIVIL ACTION 07-256-CG-M**

**PETER D. KEISLER,** :
**MICHAEL CHERTOFF,**
**WARDEN DAVID O. STREIFF,** :

    **Respondents.** :

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DENIED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 16th day of January, 2008.

                                              /s/ Callie V. S. Granade
                                              CHIEF UNITED STATES DISTRICT JUDGE