IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RECARDO ALPHANSO HAMILTON,** | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 07-256-CG-M |
| **PETER D. KEISLER,** | : |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** be entered in favor Respondents Peter K. Keisler, Michael Chertoff, and David O. Streiff and against Petitioner Recardo Alphanso Hamilton.

**DONE and ORDERED** this 16th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE